# Exhibit B


## Understanding and sorting search results
Updated 02/10/2015 01:38 PM

How are companies displayed and organized?

To get a list of recommendations for an upcoming project, start by searching the List. Your search results will be comprised of information about providers in your area, including:



- The **letter grade** is the average rating the provider has earned in the service category over the past three years. We use an "A" through "F" grade scale, like a report card.
- To the right of their grade, you'll see the **number of reviews** the provider has received in the service category in the past three years is displayed. If we have reviews from members within 5 miles of your address, you'll see another number in gray beneath the total number of reviews.
- If a company is offering coupons or Big Deals, there will be a **coupon icon** or a **Buy it Now** button. Click the provider's name to find out more about these offers.
- Providers who have earned our Super Service Award will have a **green and yellow star** near their name.

To see the provider's contact information and recent feedback, click their name. On their profile page, you'll be able to view all reviews and learn more about the company.

### Sorting results

A provider's position in your search results is determined by their recent grades and number of reviews. Companies with the best ratings from members will appear first. To help prevent the same providers from always showing up first, companies who have earned similar grades are rotated within your results.



By member request, highly-rated providers who also offer coupons are placed at the top of search results. To sort providers using different criteria, such as distance or alphabetically by name, use the **Sort By** drop down menu above your search results or add search filters.

### Using search filters

To refine your results, there are a several different filters you can use to narrow your options. These filters are in the vertical tool bar to the left of your results.



Using these filters, you can find companies that are closer to home by adjusting the distance filters. You can also choose to view only companies that are Super Service Award winners or Page of Happiness nominees within your results (if available) or find coupons or Big Deals.

The Filter by Keyword field at the bottom of the tool bar allows you to focus your searches. A keyword search will scan through business descriptions, listed services, and member reviews to find matches for your search terms. For example, instead of looking through the entire roofing category for companies that have experience doing soffit repair, you can filter your results by keyword to save time.

| Home | About Us | Gift Memberships | Business Center |
| Quick Tour | Careers | News | Local Guides |
| How It Works | The Big Deal | Angie's Blog | Consumer Reviews by Category |
| FAQ | Privacy Policy | Videos | Find Contractors & Doctors |
| Contact Us | Classic Cars | Home Improvement Tips | Answers |
| Investor Relations | Affiliate Program | Articles | |

Follow us



© Copyright 1995-2011, Angie's List. All Rights Reserved.