# EXHIBIT H

# Angie's List overview

## What is Angie's List?
Inspired by the difficulty her co-founder had finding reliable contractors in Columbus, Ohio, Angie Hicks went door-to-door recruiting and collecting reviews from friends and neighbors.

With this information, she took the "ask your neighbor" concept to a higher level, using the feedback as the basis for providing current, reliable, unbiased ratings and reviews on local service and health providers to consumers.

19 years later, **Angie's List is the nation's premier provider of trusted reviews** on contractors and doctors in more than 720 categories. More than 2.4 million paid households check Angie's List to find the best providers and save on projects with exclusive member discounts.

## How Angie's List works
Companies receive grades on Angie's List when our **members provide their experience in a review.** It only takes one review to get rated. Non-member reviews that can be verified are accepted, and will count toward your grade if they choose to join Angie's List.

## How you benefit
When members need service, they check Angie's List via our website, magazine or call center to find who does the best work based on the feedback of other local members. When the job is complete they submit valuable reviews that turn in to quality feedback to better your business.

On Angie's List you have the potential to build a reputation with our members and gain new business. Angie's List has a **solid brand image and core values.** Best of all, being on Angie's List is completely free.



**Hiring process**

- **Member needs** their dining room painted
- **Member reads** ratings and reviews of local painters
- **Member calls** highly rated painters for estimates
- **Member reviews** their hiring experience

---

*For more information, contact* **BusinessCenter@AngiesList.com** *or call* **1-866-843-LIST (5478)**
*Visit us online at* **AngiesListBusinessCenter.com**

1

# Why we're different

## Premium word-of-mouth service

- Reviews come from **real people, not anonymous users**
- Consumers pay a fee to research and find high-quality businesses
- Free, custom business profile to showcase your work
- Free notification of reviews submitted by your customers



## Free tools to succeed

- Promotional materials to help you get reviews faster
- Dedicated Business Center website to manage your Angie's List presence
- Friendly **staff to answer questions and point you in the right direction**
- Helpful information and tips to maximize your listing

---

*For more information, contact BusinessCenter@AngiesList.com or call 1-866-843-LIST (5478)*
*Visit us online at AngiesListBusinessCenter.com*

2

# Customers you want

### Demographics
Being on Angie's List allows you to **reach educated, successful consumers, seeking to hire** the best businesses to fulfill their needs. Our members pay a fee to use Angie's List, where they access reviews of other member experiences to make their decisions.



### Member growth
By focusing on subscribing new members and renewing current members, we've sustained **growth year after year** at a local and national level.



# Project your services

## Update your profile
Angie's List members conduct more than 1.9 million unique searches on average monthly. **By completing and updating your business profile regularly, searching members learn more about your business.** Customizing your profile is free and easy.

## Inform
Share information to help members get a better understanding of your business. Besides the basics (address, hours of operation, phone number and email) you can add licensing information, service area and services offered. **Go the extra mile with a detailed business description to draw members in.**





## Upload
**Make your profile stand out by posting pictures of work completed or of team members.** Also upload videos on the job, commercials or a recorded personal voice message. For member convenience, licensing and insurance documents can also be uploaded.

## Respond
Request and listen to what members are saying about your business by looking at your report card or individual reviews. The report card gives you an overall feel of customer satisfaction, while the individual reviews can help diagnose service issues. **Respond to each review to show members you care about your reputation.**



---

*For more information, contact BusinessCenter@AngiesList.com or call 1-866-843-LIST (5478)*
*Visit us online at AngiesListBusinessCenter.com*

4

# Review generation tools

## Reach out to customers

Reviews are essential to establishing your presence on Angie's List and vital in getting more business. They offer valuable feedback and give members a snapshot of how well your business performs. **The more reviews you accumulate, the more attractive your business is to members.** The Angie's List Business Center has developed a wide variety of tools that are easy to use, many of which are free to you. Maximize results by using one or all options and let your member testimonials speak for you.



**Print**

- **Review Forms**
  - Collect reviews with free, postage-paid forms for your customers
  - Print your forms for free or order customized, color copies

- **Tear Pads & Stickers**
  - Smaller forms and stickers contain your customized review link
  - Leave behind after the job with invoices or Thank You cards



**Online**

- **Review Badge**
  - Show customers you want feedback with this electronic badge
  - Place the badge on your website and use in emails

- **Review Link**
  - A free customized link directing customers to submit reviews online
  - Use on invoices, stationary and business cards



**Fetch**

- We cross-check your customer list with our database to identify matches
- Angie's List Specialists call the matches and take their review over the phone

---

*For more information, contact BusinessCenter@AngiesList.com or call 1-866-843-LIST (5478)*
*Visit us online at AngiesListBusinessCenter.com*

5

# Create more opportunities

### What's Next
For a business just starting with Angie's List, **establishing your profile and presence** is the main focus. This is easily done by enhancing your profile and using our free review and communication tools, all offered through the Angie's List Business Center. What happens once you get more reviews on Angie's List?

### The Advantage
A and B rated businesses with at least 2 current reviews are eligible to advertise and extend discounts and deals to members. Taking advantage of these opportunities **exponentially increases your exposure to searching members** who value finding quality companies.

> Businesses that purchase a display advertisement receive about 12 times more profile views from members, based on a nationwide average across all markets and categories.*

### Premium options
Feature your business with Angie's List, positioned prominently in one or more of the following ways:


**Web Placement or Keyword Advertising** – Appear on the first page of search results so members can easily find and access your reviews.


**Storefront and The Big Deal** – Gain attention from searching members by offering services at a lower or deeply discounted rate.


**Magazine Advertising** – Showcase your services in our award winning publication distributed monthly to members with local content.


**Call Center Advertising** – Be one of only four companies provided when a member calls looking for a highly-rated provider.

*Refers to a comparison based on the national average number of profile views on AngiesList.com of businesses that offer a discount through display advertising versus A-B rated businesses who don't in all markets and categories between 1/1/2012 and 12/31/2012.

---

*For more information, contact BusinessCenter@AngiesList.com or call 1-866-843-LIST (5478)*
*Visit us online at AngiesListBusinessCenter.com*

# What businesses say

### Multitude of benefits
*"My company has been on the Angie's List website for several years now. Never before have we worked with any single organization that has provided such a multitude of benefits for its members and service providers alike. Since our establishment 40 years ago, over 85% of our leads have been generated through referrals."*
   —**Brian Bonell, Owner, All Weather Guard Corp**

### Building reports
*"When I started my business it was a no-brainer that I had to list my own company on Angie's List. After building my reports by consistently providing quality, dependability and fair prices Angie's List has become one of my top marketing tools!"*
   —**Gary R Kase, Maid Perfect Cleaning & House Keeping Services**

### Serious customers
*"I personally like dealing with the Angie's List members more than any other prospective customers because they are serious, they know what they want and they are ready to have the work done. They're not just kicking tires and wasting my time. This by itself gives me more than enough reason to use Angie's List let alone the fact that our business has increased by 30% or more every year for the past 4 years that we've been with Angie's List."*
   —**Jay Allman, EnviroShapes Concrete**



### The perfect fit
*"Angie's List customers are a perfect fit for us. They are not looking for the cheapest plumbers--they are looking for the best plumbers. Angie's customers know that the List is the place to find them. Every Angie's List customer has the opportunity to let us, and everyone else, know how we did."*
   —**Marta Clark, All About the Pipes Plumbing Inc.**

*For more information, contact* BusinessCenter@AngiesList.com *or call 1-866-843-LIST (5478)*
*Visit us online at* AngiesListBusinessCenter.com

7

# Get started now

### As easy as 1, 2, 3
**You are in control of how you optimize and access a highly desirable consumer base, who need your services.** All it takes is a little up-front time to make the most of your presence on Angie's List.



### It all starts with reviews
Obtaining 2 or 3 reviews can make a huge difference to members. **The more reviews, the more opportunities you have to increase your visibility.** With all of the review generation tools at your fingertips, collecting reviews is easy. Use our free or premium options and ask every customer to provide their feedback.



### Reach out to searching members
Your business profile is a free tool to help you stand out to searching members. Update your information so they can properly reach you. Upload pictures, video and a detailed business description so **searching members have a snapshot of what your business can do.**



### Establish your presence
When you start to get more reviews, you **unlock advertising and promotion opportunities** that give you an advantage of increased exposure. This can propel you ahead of your competition and change your business for the better.

### Are you ready?
Take advantage of the tools and services Angie's List provides to help you grow you business. It's free to take control of and promote your Angie's List reputation. It all starts with one review from a customer, **but the possibilities and benefits of using Angie's List are endless.**

---