IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANELL MOORE, on Behalf of Herself and All Others Similarly Situated, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANGIE'S LIST, INC. | : | NO. 15-1243 |

ORDER

AND NOW, this 7th day of August, 2015, upon consideration of defendant Angie's List's motion to dismiss (docket entry # 10) and the plaintiff's opposition thereto, it is hereby ORDERED that:

1.	Angie's List's motion to file a reply brief is GRANTED;

2.	Angie's List's motion to dismiss is GRANTED IN PART and DENIED IN PART as follows;

3.	Angie's List's motion to dismiss Moore's complaint for lack of standing is DENIED;

4.	 Angie's List's motion to dismiss Moore's breach of contract claim is DENIED;

5.	Angie's List's motion to dismiss Moore's breach of the covenant of good faith and fair dealing is GRANTED;

6.	Angie's List's motion to dismiss Moore's unjust enrichment claim is GRANTED;

7.	Angie's List's motion to dismiss Moore's fraud claim is DENIED;

8.	Angie's List's motion to dismiss Moore's claim pursuant to Pennsylvania's Unfair Trade Practices and Consumer Protection Law is DENIED;

9.	By noon on August 13, 2015, the parties shall jointly ADVISE the Court by

facsimile (215-580-2156) whether mediation before the Honorable Jacob P. Hart would likely be productive; and

      10.    Further scheduling shall ABIDE receipt of the parties' facsimile.

                                              BY THE COURT:

                                              _/s/ Stewart Dalzell, J._
                                              Stewart Dalzell, J.