IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANELL MOORE, et al., on Behalf of Herself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>ANGIE'S LIST, INC.,<br><br>                    Defendant. | CIVIL ACTION NO: 2:15-cv-01243 |

## [~~PROPOSED~~] AMENDED SCHEDULING ORDER

AND NOW, this 11th day of August, 2016, upon consideration of the joint request submitted by Plaintiffs Janell Moore, Gary Glick, and Michele Zygelman ("Plaintiffs") and Defendant Angie's List, Inc. ("Angie's List"), and for good cause shown, including to permit the creation of a pre-populated claims module designed to enhance the Settlement Class's experience and to permit sufficient additional time to complete the Class Notice, it is hereby **ORDERED** that the deadlines set forth in the July 12, 2016 Order granting Preliminary Approval of the Proposed Class Action Settlement (Dkt. 43) are amended as follows:

| | [~~Proposed~~] **Amended Deadline** |
|---|---|
| Completion of Class Notice per ¶ 7 of the Preliminary Approval Order | September 9, 2016 |
| Deadline for Class Members to Request Exclusion per ¶ 8 of the Preliminary Approval Order | October 24, 2016 |
| Deadline for Class Members to Object per ¶¶ 11 and 12 of the Preliminary Approval Order | October 24, 2016 |
| Deadline to file Motion for Final Approval, and other papers in support per ¶ 16 of the Preliminary Approval Order | November 14, 2016 |
| Claim Bar Date | November 15, 2016 |

|                                                                                              | [Proposed] Amended Deadline |
|----------------------------------------------------------------------------------------------|------------------------------|
| Deadline for the Parties to file any reply, per ¶ 17 of the Preliminary Approval Order | November 21, 2016 |
| Fairness Hearing | December 5, 2016 ~~Week of December 5, 2016~~ |

_____
HONORABLE STEWART DALZELL
UNITED STATES DISTRICT COURT JUDGE