# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANELL MOORE, on behalf of herself and all others similarly situated,<br>               Plaintiff<br>         v.<br>ANGIE'S LIST, INC.,<br>               Defendant | ) CIVIL ACTION<br>)<br>) NO. 15-1243-SD<br>)<br>) **NOTICE OF APPEARANCE**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Please take notice of my appearance as counsel of record for objector and class member Ryan Kron as follows:

                              Mardi Harrison, Esq.
                              The Law Office of Mardi Harrison
                              125 Edison Furlong Road
                              Doylestown, PA  18901
                              License # 72647
                              267-252-1035
                              267-552.6248 (fax)

Please add this contact information for all future emails, correspondences and proofs of services related to the settlement of the above-captioned matter.

                              */s/ Mardi Harrison*
                              Mardi Harrison, Esq.
                              *Licensed in PA*
                              The Law Office of Mardi Harrison
                              125 Edison Furlong Road
                              Doylestown, PA  18901
                              267-252-1035
                              267-552-6248 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on October 24, 2016, and served by the same means on all counsel of record.

*/s/ Mardi Harrison*
Mardi Harrison, Esq.