IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANELL MOORE, et al.                  :         CIVIL ACTION
on behalf of themselves and all others :
similarly situated                    :
                                      :
   v.                                 :
                                      :
ANGIE'S LIST, INC.                    :         NO. 15-1243

## FINAL JUDGMENT

AND NOW, this 12th day of December, 2016, with the Court having this day entered the

Order Granting Final Approval of Class Action Settlement and Certifying the Settlement Class,

IT IS HEREBY ORDERED THAT:

1.      For the reasons stated in the above-referenced Order and pursuant to Fed. R. Civ.

P. 58, judgment is entered accordingly.

2.      This Action is hereby dismissed with prejudice.

3.      The Clerk shall file this Final Judgment on the docket in this Action and close this

case statistically.

BY THE COURT:


/s/ Legrome D. Davis
Legrome D. Davis, J.