# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANELL MOORE, on behalf of herself and all others similarly situated,<br>        Plaintiff<br>v.<br>ANGIE'S LIST, INC.,<br>        Defendant | ) CIVIL ACTION<br>)<br>) NO. 15-1243-SD<br>)<br>) **NOTICE OF APPEAL**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Objector and Appellant, Ryan Kron, hereby appeals the Final Judgment filed on December 12, 2016 as docket entry 56, Order Granting Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Service Awards filed on December 12, 2016 as docket entry 55, and Order of Final Approval of the Settlement Agreement and Certification of the Settlement Class filed on December 12, 2016 as docket entry 54..

                                                  */s/ Mardi Harrison*
                                                  Mardi Harrison, Esq.
                                                  *Licensed in PA  # 72647*
                                                  The Law Office of Mardi Harrison
                                                  125 Edison Furlong Road
                                                  Doylestown, PA  18901
                                                  www.suetheboss.com
                                                  267-252-1035
                                                  267-552-6248 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on DATE, 2016, and served by the same means on all counsel of record.

*/s/ Mardi Harrison*
Mardi Harrison, Esq.

*/s/ Mardi Harrison*
Mardi Harrison, Esq.